F. S. Jones and A. M. Linscome, both of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The appellant was charged with assault with intent to murder, and convicted of aggravated assault; penalty assessed at a fine of $75 and confinement in the county jail for a period of 30 days.

The issue of aggravated assault alone was submitted to the jury. The charge authorized a conviction upon proof that the appellant committed an unlawful assault and battery upon the person of R. H. Duggan by striking him on the head with a pistol. The evidence of Duggan is definite in declaring that the appellant, using a pistol as a bludgeon, struck him (Duggan) upon the head and injured him.

In his testimony the appellant concedes that he struck the blow, but denied that he used a pistol or any bludgeon, claiming that he struck Duggan with his fist alone. The wounds upon Duggan were described by a doctor, who declared that they were such as to justify the jury in concluding that in striking Duggan the appellant used some instrument other than his fist.

No complaints of the rulings of the trial court are brought up for review by bills of exception or otherwise, save in the motion for new trial appellant makes various criticisms of the court's instruction to the jury. No objections to the charge are preserved by exception as contemplated in article 658, C. C. P. 1925 (as amended by Acts 1931, c. 43 [Vernon's Ann. C. C. P. art. 658]), and art. 660.

The judgment is affirmed.

## S. B. WARRICK v. STATE.
### No. 15737.

Court of Criminal Appeals of Texas.
March 29, 1933.

Baker & Baker, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, theft of a turkey; the punishment, one year in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.